*Gazlay, Yeaman, Reinecke,* for appellant.
*J. P. Harbeson,* for appellee.

---

JEFF. BROWN *v.* E. J. YOUNG'S ADMX.

**Set-off and Counter-Claim—Dismissal of Action—Effect on Set-off.**
As appellant had dismissed his action on a note to which appellee had pleaded a set-off, there was then no suit pending between the parties, the appellee could not proceed with the trial as to her set-off.

**Bills and Notes—Necessary Parties.**
The assignor of a note must be before the court before a judgment can be rendered against the assignee.

APPEAL FROM JEFFERSON CIRCUIT COURT. C. P. DIVISION.

February 8, 1872.

OPINION OF THE COURT BY JUDGE PRYOR:

The suit by the appellant, Brown, on the note for sixteen hundred dollars against the appellee as administratrix of her husband, was dismissed by the appellant, and the note withdrawn.

There was then no suit pending in court between these parties. The appellee had pleaded a set-off to this note originating from the alleged liability upon the part of appellant's assignor to her intestate. The assignor of the note was not before the court, and no judgment could have been rendered against the appellant, as assignee, upon this set-off other than an amount sufficient to extinguish the note. When this note is no longer in court, and the suit upon which it is heard is dismissed, we cannot well see how the appellee can proceed with the trial as to her set-off without having the party against whom the set-off is plead in court. It cannot be insisted that the set-off affects the note when there is no such note in court and no suit pending to recover it. The court permitted appellant to dismiss his suit, and withdraw the note and this ended all controversy between the parties, and the set-off could not be tried without having the party before the court against whom a judgment might have been rendered upon it. The judgment is reversed and cause remanded with directions to set aside the judgment upon appellee's set-off and for further proceedings not inconsistent with this opinion.

*Brown*, for appellant.
*Barret & Roberts*, for appellee.